UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| GEARRON GRIFFIN, | : | CASE NO. 1:10-cv-744 |
| Plaintiff, | : | (Judge Sandra S. Beckwith) |
| vs. | : | |
| SUN CHEMICAL CORPORATION, et al., | : | **MOTION TO APPEAR *PRO HAC VICE*** |
| Defendants. | : | |

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Robin D. Ryan, trial attorney for Sun Chemical Corporation, Kimberly Clark, Joe Cionni, Gayle Wirthwine, Scott Chase, John Rozier, Marty Salyers and Tony Zwirgzdas (collectively "Defendants"), in the above referenced action, hereby moves the Court to admit Keisha-Ann G. Gray, *pro hac vice* to appear and participate as counsel in this case for Defendants.

Movant represents that Ms. Gray is a member in good standing of the highest court of New York, as attested by the accompanying certificate from that Court[1] and that she is not eligible to become a member of the permanent bar of this Court. This motion is accompanied by the required $200.00 fee.

Ms. Gray understands that, unless expressly excused, she must register for electronic filing with this Court promptly upon the granting of this Motion.

---

[1] Ms. Gray's Certificate of Good Standing from the State of New York is attached as Exhibit A.

Keisha-Ann G. Gray's relevant identifying information is as follows:

Business telephone:  (212) 969-3855      Business fax:  (212) 969-2900

Business address:   PROSKAUER
                    Eleven Times Square
                    New York, NY 10036-8299

Business e-mail address:      **kgray@proskauer.com**

                                      Respectfully submitted,

                                      /s/ Robin D. Ryan
                                      Robin D. Ryan  (0074375)
                                      *Attorney for Defendants*
                                      GRAYDON HEAD & RITCHEY LLP
                                      7759 University Drive, Suite A
                                      West Chester, OH  45069
                                      Phone: (513) 755-4502
                                      Fax:   (513) 755-9588
                                      E-mail:  rryan@graydon.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

/s/ Robin D. Ryan
Robin D. Ryan

3026250.1



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **Matthew G. Kiernan**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Keisha-Ann Grace Gray** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **21 st** day of **June 2000,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on February 23, 2011.

*Matthew G. Kiernan*

Clerk of the Court



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

------------------------------------ X

GEARRON GRIFFIN,

      Plaintiff,

-against-

SUN CHEMICAL CORPORATION,

      Defendant.

------------------------------------ X

Civil Action No. 1:10CV744

**AFFIDAVIT OF
KEISHA-ANN G. GRAY**

KEISHA-ANN G. GRAY, ESQ., being duly sworn, deposes and says:

  1. My full name is Keisha-Ann G. Gray and I am a Senior Counsel with Proskauer Rose LLP, attorneys for Sun Chemical Corporation, defendants in the above-captioned matter. I submit this declaration in support of the motion to admit me to practice in this Court *pro hac vice*.

  2. My office address is Eleven Times Square, New York, NY 10036. My office telephone number is (212) 969-3855. My facsimile number is (212) 969-2900. My e-mail address is kgray@proskauer.com.

  3. I am a member in good standing and eligible to practice before the Bar of the State of New York, as well as the United States District Courts for the Southern and Eastern Districts of New York, the District of Puerto Rico, and the First and Second Circuit Courts of Appeals.

  4. I have never been denied admission or disciplined by any court.

  5. I have fully reviewed and am familiar with the Rules of The United States District Court for the District of Ohio, Western Division at Cincinnati.

6. I have also applied for admission *pro hac vice* in this Court within the past two years in connection with two other matters: *Lisa Sweidan v. Sun Chemical Corp, et al.*, No. 10-cv-719-SAS-KLL (application pending), and *Clayton Perkins v. Sun Chemical Corp, et al.*, No. 10-cv-810-SJD (application pending), which are currently pending before the United States District Court for the Southern District of Ohio, Western Division.

7. I hereby certify under penalty of perjury, that the foregoing statements made by me are true and correct.

_____
**KEISHA-ANN G. GRAY**

Dated: Feb 23, 2011