UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Gearron Griffin,
    Plaintiff

v.                                Case No. 1:10-cv-744

Sun Chemical Corporation,
et al.,
    Defendants

# ORDER

This matter is before the Court on Defendants' Motion for Admission of attorney Keisha-Ann G. Gray (Doc. 10).

**IT IS ORDERED** that the Motion is **GRANTED** and attorney Keisha-Ann G. Gray is hereby admitted to practice pro hac vice as **co-counsel** on behalf of Defendants.

**All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at: Mrs. Darlene Maury, 513.564.7523 or at darlene_maury@ohsd.uscourts.gov, to register for Electronic Case Filing.**

Date: March 14, 2011                        s/Sandra S. Beckwith
                                              Sandra S. Beckwith, Senior Judge
                                              United States District Court