## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

GEARRON GRIFFIN,

                  Plaintiff,

v.

SUN CHEMICAL CORPORATION,
KIMBERLY CLARK, JOE CIONNI,
GAYLE WIRTHWINE, SCOTT CHASE,
JOHN ROZIER, MARTY SALYERS, AND
TONY ZWIRGDZAS,

                  Defendants.

Case No.: 1:10-cv-00744-SSB

Hon. Sandra S. Beckwith

**DEFENDANT SUN CHEMICAL
CORPORATION'S DISCLOSURE OF
CORPORATE AFFILIATIONS AND
FINANCIAL INTEREST PURSUANT
TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Sun Chemical

Corporation hereby certifies that it is a subsidiary of Sun Chemical Group Coöperatief U.A. and

its ultimate parent corporation is DIC Corporation, which is publicly-traded on Japan's Nikkei

Stock Exchange.

Dated: April 6, 2011
       New York, New York

                  Respectfully submitted,

                  */s/ Robin D. Ryan*
                  Robin D. Ryan (0074375)
                  GRAYDON HEAD & RITCHEY LLP
                  7759 University Drive, Suite A
                  West Chester, OH 45069
                  Phone: (513) 755-4502
                  Fax: (513) 755-9588
                  E-mail: rryan@graydon.com

/s/Kathleen M. McKenna
Kathleen M. McKenna
Keisha-Ann G. Gray
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
Phone: (212) 969-3130
Fax: (212) 969-2900
E-mail: kmckenna@proskauer.com

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

/s/ Robin D. Ryan
Robin D. Ryan (0074375)
GRAYDON HEAD & RITCHEY LLP

3077641.1